UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 11-10597 CAS (CWx) | Date | May 14, 2012 |
|---|---|---|---|
| Title | RUTH ROSENBERG v. BANK OF AMERICA, N.A. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers:) DEFENDANT'S MOTION TO DISMISS (filed 4/11/2012)

## I. INTRODUCTION

On February 9, 2012, defendant Bank of America, N.A. filed a motion to dismiss the complaint in the above-captioned action. Plaintiff failed to file an opposition and failed to appear for a hearing on defendant's motion. The Court therefore dismissed the case without prejudice on March 26, 2012, and granted plaintiff twenty-one (21) days leave to amend. Plaintiff timely filed a first amended complaint ("FAC").

On April 11, 2012, defendant filed a motion to dismiss the FAC. Plaintiff again failed to file an opposition and again failed to appear at the hearing on defendant's motion. Accordingly, defendant's motion is GRANTED. L-R 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). Because plaintiff has failed to file oppositions or appear at scheduled hearings on two occasions, dismissal is WITH PREJUDICE.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |