UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-10597 (CAS) (Cwx) | Date | October 10, 2012 |
|---|---|---|---|
| Title | RUTH ROSENBURG V. BANK OF AMERICA, N.A.; ET. AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers:)** PLAINTIFF'S MOTION TO SET ASIDE DISMISSAL WITH PREJUDICE (Docket No. 16, filed August 15, 2012)

    Plaintiff filed this case on November 3, 2011 in Los Angeles Superior Court. On December 22, 2011, defendants removed the case to this Court. Defendants filed a motion to dismiss plaintiff's complaint on February 9, 2012, which the Court granted on March 26, 2012. Plaintiff then filed a first amended complaint on March 26, 2012. Defendants filed a motion to dismiss on April 11, 2012. Plaintiff did not oppose the motion, and it was granted with prejudice on May 15, 2012.

    On August 15, 2012, plaintiff moved to set aside the dismissal with prejudice entered on May 15, 2012. Defendants filed an opposition August 31, 2012. After considering the parties' arguments, the Court finds it appropriate to set aside its order dismissing the case with prejudice under Federal Rule of Civil Procedure 60(b)(1), because it does not appear that counsel for plaintiff received notice of the motion to dismiss the first amended complaint. Accordingly, the Court ORDERS that the case be reopened and the dismissal with prejudice be set aside.

    Plaintiff is hereby ordered to file an opposition to defendants' April 11, 2012 motion to dismiss on or before October 22, 2012. Defendants shall file a reply on or before October 29, 2012. The Court will hold a hearing on the motion to dismiss the first amended complaint on November 5, 2012 at 10:00 A.M.

    IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |