UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 11-10597 CAS (CWx) | Date | May 20, 2013 |
|---|---|---|---|
| Title | RUTH ROSENBURG V. BANK OF AMERICA, N.A., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS): ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff filed this case on November 3, 2011 in Los Angeles Superior Court. On December 22, 2011, defendants removed the case to this Court. Defendants filed a motion to dismiss plaintiff's complaint on February 9, 2012, which the Court granted on March 26, 2012. Plaintiff then filed a first amended complaint ("FAC") on March 26, 2012. Plaintiff's first amended complaint alleges four claims for relief: (1) fraud, (2) breach of contract, (3) breach of covenant of good faith and fair dealing, and (4) slander of title.

Defendants filed a motion to dismiss the FAC on April 11, 2012, which the Court granted on March 21, 2013. Dkt. #32. The Court gave plaintiff leave to file an amended complaint by April 22, 2013. As of the date of this order, plaintiff has not filed an amended pleading, so the Court therefore dismisses this case with prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |