1  MCGUIREWOODS LLP
   Leslie M. Werlin SBN #067994
2  lwerlin@mcguirewoods.com
   Arsen Kourinian SBN #271966
3  akourinian@mcguirewoods.com
   1800 Century Park East, 8th Floor
4  Los Angeles, CA 90067
   Telephone: 310.315.8200
5  Facsimile: 310.315.8210

6  Attorneys for Defendant Bank of America, N.A,
   for itself and as successor by merger to BAC Home Loans Servicing LP
7

8

9             UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| RUTH ROSENBURG, | CASE NO. CV-11-10597-CAS (CWx) |
|---|---|
| Plaintiff, | Hon: Christina A. Snyder |
| vs. | [~~PROPOSED~~] **JUDGMENT** |
| BANK OF AMERICA, N.A., et al. | |
| Defendants. | Courtroom: 5 |

---

[PROPOSED] JUDGMENT

1  The Court, on having dismissed the entire action against Defendant Bank of
2  America, N.A, for itself and as successor by merger to BAC Home Loans Servicing
3  LP ("BANA") with prejudice on May 20, 2013,
4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
5  shall be and hereby is entered in favor of BANA and against Plaintiff on all causes
6  of action alleged in the First Amended Complaint and that Plaintiff shall recover
7  nothing against BANA in this action.

Dated: June 5, 2013

*Christina A. Snyder*

Hon. Christina A. Snyder
UNITED STATES DISTRICT COURT